# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 8, 2022

### NO. 03-21-00695-CV

**S. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the decree terminating parental rights signed by the trial court on January 20, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's termination decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.